476 A.2d 106

Commonwealth v. Young, Appellant.

Petition for Allowance of Appeal
Denied Sept. 26, 1984.

Submitted November 4, 1983. Mitchell S. Strutin, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Judgment of sentence affirmed.